# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TEONA MARTIN, | : | |
| | | Case No. 3:11cv00215 |
| Petitioner, | : | Case No. 3:09cr00142 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| | | **DECISION AND ENTRY** |
| Respondent. | : | |

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #38), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on January 12, 2012 (Doc. #38) is ADOPTED in full;

2. Petitioner Teona Martin's motion to vacate, set aside or correct sentence (Case # 3:09cr00142, Doc. #34) is DENIED with prejudice and DISMISSED in its entirety;

3. A certificate of appealability and leave to appeal *in forma pauperis* is denied; and

4. This matter is TERMINATED on the docket of this Court.

February 7, 2012                                                    *s/THOMAS M. ROSE*

                                                                    _____
                                                                    Thomas M. Rose
                                                                    United States District Judge